

**NUMBER 13-18-00114-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

### IN THE INTEREST OF I.G. JR. AND O.I.G, MINOR CHILDREN

---

### On appeal from the 36th District Court of San Patricio County, Texas

---

# ORDER

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

This cause is before the Court on appellant Father's "Motion for Preparation of and Access to Records and Extension of Time to Submit Brief." In his motion, Father seeks the Court's permission to supplement the record. He further prays that he be granted an extension of time to file his brief, with his brief due ten days after the record is supplemented. This Court, having fully examined and considered Father's motion believes it should be granted with order. The Court, however, requires strict adherence

to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* R. 28.4.

Father's motion is hereby GRANTED. The supplementation should be completed and filed with this Court on or before March 29, 2018. Father is hereby ORDERED to file his appellate brief with this Court on or before the tenth day after supplementation is accomplished. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

The Clerk of this Court is ORDERED to serve a copy of this order on appellant's counsel, the Honorable Cameron Brumfield, by email and certified mail, return receipt requested.

PER CURIAM

Delivered and filed the 20th
day of March, 2018.

2